B6F (Official Form 6F) (12/07)

In re _Robin A. Bosford_ ,                                   Case No. _1:13-bk-10351_
                    **Debtor(s)**                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended 09/23/2015

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 7892 Creditor # : 1 Allied Building Products 15 E. Union Ave. East Rutherford NJ 07073 | | Supplies | | | | $ 18,393.00 |
| Account No: 6200 Creditor # : 2 Alside Supply 1 Fulton Ave. Hempstead NY 11550-3646 | | Supplies | | | | $ 13,968.00 |
| Account No: 4687 Creditor # : 3 Bank of America PO Box 15019 WILMINGTON DE 19886-5019 | | Credit Card Purchases | | | | $ 5,697.00 |
| _6_ continuation sheets attached | | | | | Subtotal $ | $ 38,058.00 |
| | | | | | Total $ | |
| | | (Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related | | | | |

B6F (Official Form 6F) (12/07)   - Cont.

In re **Robin A. Bosford**,                                                                Case No. **1:13-bk-10351**
                **Debtor(s)**                                                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended 09/23/2015
(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: **2897**<br>*Creditor # : 4*<br>*Bank of America*<br>*PO Box 15026*<br>*WILMINGTON DE 19886-5026* | | *Credit Card Purchases* | | | | $ 26,692.00 |
| Account No: **2210**<br>*Creditor # : 5*<br>*Capital One*<br>*PO Box 71083*<br>*CHARLOTTE NC 28272-1083* | | *Credit Card Purchases* | | | | $ 7,905.00 |
| Account No: **7313**<br>*Creditor # : 6*<br>*Capital One*<br>*PO Box 71083*<br>*CHARLOTTE NC 28272-1083* | | *Credit Card Purchases* | | | | $ 24,299.00 |
| Account No: **3403**<br>*Creditor # : 7*<br>*Capital One*<br>*PO Box 71083*<br>*CHARLOTTE NC 28272-1083* | | *Credit Card Purchases* | | | | $ 21,789.00 |
| Account No: **6061**<br>*Creditor # : 8*<br>*Chase*<br>*PO Box 15153*<br>*WILMINGTON DE 19850-5153* | | *Credit Card Purchases* | | | | $ 17,400.00 |

Sheet No. **1** of **6** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $  **$ 98,085.00**

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re *Robin A. Bosford*                                    ,     Case No. *1:13-bk-10351*
                         **Debtor(s)**                                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended 09/23/2015
(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: **4615** <br> *Creditor # : 9* <br> *Curtis Lumber* <br> *885 State Route 67* <br> *Ballston Spa NY 12020* | | *Purchases* | | | | **$ 36,590.00** |
| Account No: **6061** <br> *Creditor # : 10* <br> *Davenport Law* <br> *5950 Sherry Lane, Ste. 350* <br> *Dallas TX 75225* | | *Attorney for Chase* | | | | **$ 1.00** |
| Account No: **5998** <br> *Creditor # : 11* <br> *Davenport Law Firm* <br> *5950 Sherry Lane* <br> *Suite 350* <br> *Dallas TX 75225* | | *Attorney for Citi Bank* | | | | **$ 1.00** |
| Account No: **7331** <br> *Creditor # : 12* <br> *Davenport Law Firm* <br> *5950 Sherry Lane* <br> *Suite 350* <br> *Dallas TX 75225* | | *Attorney for FIA Card Services* | | | | **$ 1.00** |
| Account No: **0000** <br> *Creditor # : 13* <br> *Deluxe For Business* <br> *PO Box 88041* <br> *Chicago IL 60680-1042* | | | | | | **$ 633.00** |

Sheet No. **2** of **6** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**     **$ 37,226.00**

**Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re *Robin A. Bosford* ,   Case No. *1:13-bk-10351*
**Debtor(s)**   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended 09/23/2015
(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: **9577** *Creditor # : 14 Discover Financial Services PO Box 6105 CAROL STREAM IL 60197-6105* | | *Credit Card Purchases* | | | | $ 10,976.00 |
| Account No: **0970** *Creditor # : 15 Discover Financial Services PO Box 6105 CAROL STREAM IL 60197-6105* | | *Credit Card Purchases* | | | | $ 801.00 |
| Account No: **2210** *Creditor # : 16 Forster & Garbus PO Box 9030 FARMINGDALE NY 11735-9030* | | *Attorney for Capital One* | | | | $ 1.00 |
| Account No: **0001** *Creditor # : 17 G.B. Collects, LLC 145 Bradford Drive West Berlin NJ 08091* | | *Attorney for MVP Health Care* | | | | $ 1.00 |
| Account No: **6200** *Creditor # : 18 Goldberg, Milstein & Black, LLC 5100 Park Center Ave. Suite 120 Dublin OH 43017* | | *Attorney for Alside Supply* | | | | $ 1.00 |

Sheet No. **3** of **6** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 11,780.00
Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

**B6F (Official Form 6F) (12/07) - Cont.**

In re _Robin A. Bosford_ , Case No. _1:13-bk-10351_
**Debtor(s)** **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended 09/23/2015
(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 3875<br>*Creditor # : 19*<br>*Harvey Building Products*<br>*Harvey Industries*<br>*PO Box 3894*<br>*Boston MA 02241-3894* | | *Supplies* | | | | $ 1,816.00 |
| Account No: 0000<br>*Creditor # : 20*<br>*Joseph, Mann & Creed*<br>*PO Box 22253*<br>*Beachwood OH 44122* | | *Collection for Deluxe for Business* | | | | $ 1.00 |
| Account No:<br>*Creditor # : 21*<br>*Key Bank*<br>*PO Box 790408*<br>*Saint Louis MO 63179-0408* | X | *loan* | | | | $ 120,117.00 |
| Account No: 3221<br>*Creditor # : 22*<br>*Key Bank*<br>*PO Box 790408*<br>*Saint Louis MO 63179-0408* | | *loan* | | | | $ 51,405.00 |
| Account No: 5998<br>*Creditor # : 23*<br>*Law Office of Harold Scherr PA*<br>*1064 Greenwood Blvd. Ste 328*<br>*Lake Mary FL 32746* | | *Attorney for Citi Bank* | | | | $ 1.00 |

Sheet No. _4_ of _6_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal $** $ 173,340.00

**Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Robin A. Bosford_ ,   Case No. _1:13-bk-10351_
**Debtor(s)**   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended 09/23/2015
(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 2897<br>Creditor # : 24<br>Law Office of Kevin Shine<br>8203 Main Street<br>Suite 10<br>Buffalo NY 14221 | | Attorney for Bank of America | | | | $ 1.00 |
| Account No: 6200<br>Creditor # : 25<br>Levitan & Frieland<br>26 Columbia Tpke., Ste 105<br>PO Box 35<br>Florham Park NJ 07932 | | Attorney for Alside Supply | | | | $ 1.00 |
| Account No: 0001<br>Creditor # : 26<br>MVP Health Care<br>PO Box 2207<br>Schenectady NY 12301 | | insurance | | | | $ 750.00 |
| Account No: 1001<br>Creditor # : 27<br>Nolan & Heller, LLP<br>39 North Pearl Street<br>Albany NY 12207 | | Attorney for Key Bank | | | | $ 1.00 |
| Account No: C124<br>Creditor # : 28<br>Pinnacle Financial Group<br>7825 Washington Ave. S.<br>Suite 310<br>Minneapolis MN 55439-2409 | | Collection for SuperMedia | | | | $ 1.00 |

Sheet No. _5_ of _6_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**   $ 754.00

**Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

**B6F (Official Form 6F) (12/07)   - Cont.**

In re _Robin A. Bosford_ ,   Case No. _1:13-bk-10351_
**Debtor(s)**   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended 09/23/2015
(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: **0920** <br> _Creditor # : 29_ <br> _Staple Credit Plan_ <br> _PO Box 689020_ <br> _DES MOINES IA 50368-9020_ | | _Credit Card Purchases_ | | | | $ 2,550.00 |
| Account No: **C124** <br> _Creditor # : 30_ <br> _SuperMedia, LLC_ <br> _PO Box 619009_ <br> _Dallas TX 75261_ | | _Advertising_ | | | | $ 5,100.00 |
| Account No: | | | | | | |
| Account No: | | | | | | |
| Account No: | | | | | | |

Sheet No. __6__ of __6__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**   $ 7,650.00
**Total $**   $ 366,893.00
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related