**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

Andrea E. Celli, Chapter 13 Standing Trustee
7 Southwoods Blvd.
Albany, NY  12211

---

### NOTICE OF ADDITIONAL CLAIM

| | | |
|---|---|---|
| Debtor(s): | Robin A. Bosford<br>6 Amy Drive<br>Fort Edward, NY  12828 | Case No.: 13-10351 |
| Attorney: | MICHAEL J TOOMEY, ESQ<br>THE TOOMEY LAW FIRM, PLLC<br>ONE SOUTH WESTERN PLAZA<br>GLENS FALLS, NY  12801 | |
| Creditor: | CURTIS LUMBER CO., INC<br>C/O GANZ WOLKENBREIT & SIEGFELD, LLP<br>ONE COLUMBIA CIRCLE<br>ALBANY, NY  12203 | Acct No.: 4615 |

Creditor Type: UNSECURED                          Date Claim Filed: October 23, 2015

Claim Amount: $39,839.43                          Interest Rate: 0.00

Reason for notice: Not originally included in the list of creditors

   Pursuant to 11 USC 502(a), the claim noted above is deemed allowed unless an objection is made by the debtor or other parties interested. Distribution will be remitted to the above creditor based on the filed claim amount unless you or your attorney files a written objection with the Court **AND** the Chapter 13 Trustee's office within 45 days from the date of this notice. All written ojections must be in compliance with Rule 9014 which mandates **NOTICE OF MOTION** form. Secured and Priority creditors will be paid in full. Unsecured creditors must receive the minimum percentage as set in the Confirmation Order and/or the Order if there is no objection to this additional claim your plan length and/or plan payments may have to increase. If the additional claim is so large as to render your plan infeasible, your case will be subject to dismissal.

Date: October 29, 2015                                              /s/ Andrea E. Celli
                                                                    Andrea E. Celli, Trustee

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

In Re:

    Robin A. Bosford

Debtor

Chapter 13
Case No.: 13-10351
**AFFIDAVIT OF SERVICE**

---

**VALERIE CESARE, BEING DULY SWORN, DEPOSES AND SAYS: THAT SHE IS OVER THE AGE OF 18 YEARS; THAT SHE SERVED A COPY OF THE NOTICE OF ADDITIONAL CLAIM DATED OCTOBER 29, 2015 ON THE FOLLOWING MANNERS: ON OCTOBER 29, 2015.**

**VIA ELECTRONIC FILING:**

MICHAEL J TOOMEY, ESQ
THE TOOMEY LAW FIRM, PLLC
ONE SOUTH WESTERN PLAZA
GLENS FALLS, NY  12801

CURTIS LUMBER CO., INC
C/O GANZ WOLKENBREIT & SIEGFELD, LLP
ONE COLUMBIA CIRCLE
ALBANY, NY  12203

Office of the United States Trustee
74 Chapel Street
Albany, NY  12207

**VIA REGULAR U.S. MAIL:**

Robin A. Bosford
6 Amy Drive
Fort Edward, NY  12828

**VIA CERTIFIED MAIL:**

**BY DEPOSTING A TRUE AND CORRECT COPY OF THE SAME PROPERLY ENCLOSED IN A POST-PAID WRAPPER IN THE OFFICIAL DEPOSITORY MAINTAINED AT 7 SOUTHWOODS PLAZA, ALBANY, NEW YORK DIRECTED TO SAID PERSON(S), AT SAID ADDRESSES.**

/s/ VALERIE CESARE
VALERIE CESARE

Sworn before me this
29th day of October, 2015

/s/ Sandra Spring
Reg. # 4955344
Notary Public - State of NY
Qualified in Rensselaer County
My Comission Expires 08/28/2017